# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WHITE,                                )<br>                              )<br>            Plaintiff,           )<br>                              )<br>        v.                    )<br>                              )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social Security,   )<br>                              )<br>            Defendant.          )<br>_____ ) | Case No. EDCV 09-2325-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this case DISMISSED with prejudice.


DATED: <u>January 24, 2011</u>                    <u>        /s/ John E. McDermott        </u>
                                          JOHN E. MCDERMOTT
                                          UNITED STATES MAGISTRATE JUDGE